[No. 45225-1-II.   Division Two.   April 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. KELLY KATHLEEN STULTZ, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 12-1-01298-7, Sally F. Olsen, J., entered August 9, 2013. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Melnick, JJ.

[No. 45365-7-II.   Division Two.   April 21, 2015.]

*In the Matter of the Personal Restraint of* MICHAEL A. LAR, *Petitioner*.

Petition for relief from personal restraint. *Reversed in part* and *remanded with instructions* by unpublished opinion per Bjorgen, A.C.J., concurred in by Worswick and Sutton, JJ.

[No. 45496-3-II.   Division Two.   April 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY D. ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 13-1-00458-3, Jeanette Dalton, J., entered October 18, 2013. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Worswick and Sutton, JJ.

[Nos. 45531-5-II; 45536-6-II.   Division Two.   April 21, 2015.]

THE STATE OF WASHINGTON, *Appellant*, v. MICHAEL DUANE ELMORE ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Pierce County, No. 13-1-00803-5, Ronald E. Culpepper, J., entered November 4, 2013. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Sutton, J.